**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00955-CR
## No. 05-13-00956-CR

**MIGUEL ARNOLDO PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-15900-H, F13-12202-H**

## ORDER

The Court **REINSTATES** the appeals.

On October 31, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On November 7, 2013 we received the clerk's record and on December 10, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the October 31, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/ LANA MYERS
   JUSTICE